**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ABDOULAYE SOW,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 26-cv-3490 (LMP/DLM)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Petitioner's letter dated August 25, 2026, construed by this Court as a voluntary dismissal of his case (ECF No. 5). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: September 1, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge